# United States Court of Appeals
## For the First Circuit

Nos. 12-1466, 12-1658

AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS,

Plaintiff, Appellee,

v.

UNITED STATES CONFERENCE OF CATHOLIC BISHOPS,

Defendant, Appellant,

KATHLEEN SEBELIUS, Secretary of the Department of Health and
Human Services; GEORGE SHELDON, Acting Assistant Secretary for
the Administration of Children and Families; ESKINDER NEGASH,
Director of the Office of Refugee Resettlement,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on January 15, 2013, is
amended as follows:

On page 8, line 17, "USSCB's" is amended to read "USCCB's".

On page 20, line 5, "ACLU" is amended to read "ACLUM".